# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700085

_____

## UNITED STATES OF AMERICA
Appellee

v.

## BRYCE J. MEZNEY
Hull Technician Second Class (E-5), U.S. Navy

Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Heather Partridge, JAGC, USN.
Convening Authority: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander Irve C. Lemoyne, JAGC, USN.
For Appellant: Captain Armando A. Rodriguez-Feo, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 20 July 2017

_____

Before MARKS, RUGH, and JONES, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court